# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Woodrow Jamaal Johnson,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:07-CV-353-1

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/4/2008 Order.

Signed: February 4, 2008

_____
Frank G. Johns, Clerk
United States District Court